SCWC-29649

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

DANIEL K. KANAHELE, WARREN S. BLUM, LISA BUCHANAN,
JAMES L. CONNIFF, and CAMBRIA MOSS,
Petitioners/Plaintiffs-Appellants,

vs.

MAUI COUNTY COUNCIL and COUNTY OF MAUI,
Respondents/Defendants-Appellees,

and

HONUA'ULA PARTNERS, LLC,
Respondent/Defendant-Intervenor-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29649; CIV. NO. 08-1-0115(3))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the Motion for Reconsideration filed by Petitioners/Plaintiffs-Appellants Daniel K. Kanahele, Warren S. Blum, Lisa Buchanan, James L. Conniff, and Cambria Moss, on August 16, 2013, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied without prejudice.

DATED: Honolulu, Hawai'i, August 26, 2013.

Lance D. Collins for
petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

